

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western District of Texas

RAUL DOMINGUEZ, NASER ALZER, and
AMERICAN GI FORUM OF TEXAS

V.

STATE OF TEXAS, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**SA07CA0549 FB**

TO: (Name and address of Defendant)

State of Texas
Governor, Rick Perry
1100 San Jacinto
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nina Perales
Carlos Becerra
David Hinojosa
Mexican American Legal Defense and Education Fund ("MALDEF")
110 Broadway, Ste. 300
San Antonio, Texas 78205

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki                                         JUN 28 2007
CLERK                                                         DATE

(By) DEPUTY CLERK

**COPY**

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Texas_____

RAUL DOMINGUEZ, NASER ALZER, and
AMERICAN GI FORUM OF TEXAS

V.

STATE OF TEXAS, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**SA07CA0549 FB**

TO: (Name and address of Defendant)

State of Texas
Attorney General of Texas
300 W. 15th St.
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nina Perales
Carlos Becerra
David Hinojosa
Mexican American Legal Defense and Education Fund ("MALDEF")
110 Broadway, Ste. 300
San Antonio, Texas 78205

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki                                JUN 28 2007

CLERK                                               DATE

(By) DEPUTY CLERK



⬥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

      Western       District of       Texas

RAUL DOMINGUEZ, NASER ALZER, and
AMERICAN GI FORUM OF TEXAS

V.

STATE OF TEXAS, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**SA07CA0549 FB**

TO: (Name and address of Defendant)

    Texas Higher Education Coordinating Brd.
    1200 E. Anderson Lane
    Austin, Texas 78752

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Nina Perales
    Carlos Becerra
    David Hinojosa
    Mexican American Legal Defense and Education Fund ("MALDEF")
    110 Broadway, Ste. 300
    San Antonio, Texas 78205

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki                JUN 28 2007

CLERK                                         DATE

(By) DEPUTY CLERK

COPY

⍋ 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Western | District of | Texas |
|---|---|---|

RAUL DOMINGUEZ, NASER ALZER, and
AMERICAN GI FORUM OF TEXAS

**SUMMONS IN A CIVIL ACTION**

V.

STATE OF TEXAS, et al.

CASE NUMBER:

**SA07CA0549 FB**

TO: (Name and address of Defendant)

Raymund A. Paredes
Texas Higher Education Coordinating Board
1200 E. Anderson Lane
Austin, Texas  78752

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nina Perales
Carlos Becerra
David Hinojosa
Mexican American Legal Defense and Education Fund ("MALDEF")
110 Broadway, Ste. 300
San Antonio, Texas  78205

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 2 8 2007

William G. Putnicki                                     6/28/2007
CLERK                                                   DATE

_____
(By) DEPUTY CLERK



AO 440 (Rev. 01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

RAUL DOMINGUEZ, NASER ALZER, and
AMERICAN GI FORUM OF TEXAS

V.

STATE OF TEXAS, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**SA07CA0549FB**

TO: (Name and address of Defendant)

Univeristy of Texas at San Antonio
One UTSA Circle
San Antonio, Texas  78249

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nina Perales
Carlos Becerra
David Hinojosa
Mexican American Legal Defense and Education Fund ("MALDEF")
110 Broadway, Ste. 300
San Antonio, Texas  78205

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki                                                            JUN 28 2007

CLERK                                                                                DATE

(By) DEPUTY CLERK



§AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Western | District of | Texas |

RAUL DOMINGUEZ, NASER ALZER, and
AMERICAN GI FORUM OF TEXAS

V.

STATE OF TEXAS, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

SA07CA0549 FB

TO: (Name and address of Defendant)

West Texas A&M
2501 4th Avenue
Canyon, Texas  79016-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nina Perales
Carlos Becerra
David Hinojosa
Mexican American Legal Defense and Education Fund ("MALDEF")
110 Broadway, Ste. 300
San Antonio, Texas  78205

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki                             JUN 2 8 2007
                                                6/28/2007
CLERK                                           DATE

(By) DEPUTY CLERK